UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD MINAS,<br><br>Defendants. | Case No. 1:14-cr-00109-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Michael Minas' Emergency Motion for Compassionate Release. Dkt. 316. The Government opposes the motion. Dkt. 320. After considering the briefing and record, the Court will deny the motion.

## BACKGROUND

In 2016, a jury found Minas guilty of eighty counts of distribution of a controlled substance and the court sentenced him to 96 months incarceration. Minas was a medical doctor who owned and operated a family medical practice. *PSR*, Dkt. 258 at ¶ 26. He was arrested after DEA investigators discovered that he was prescribing high-dosage narcotics—primarily oxycodone 30 mg—to patients without a legitimate medical purpose. *Id.* Minas' patients "reported to agents, and

MEMORANDUM DECISION AND ORDER - 1

testified, that Dr. Minas' care (1) fed their addiction; (2) caused them to lose employment and contact with family; (3) led them to prison, methadone clinics or heroin; and (4) generally ruined their lives." *Id.* at ¶ 28.

Minas has served approximately 72 months of his 96 months sentence and has a projected release date of February 25, 2023. He is currently incarcerated at FCI Florence, which has thirteen inmates and one staff member with active COVID-19 infections. https://www.bop.gov/coronavirus/ (last accessed February 16, 2021).

Minas is 55 years old. Dkt. 316 at 23. He suffers from hypertension and moderate asthma and has damaged lungs from a house fire in 2012. Dkt. 316 at 24, 28.

Minas has no prior criminal history, *PSR*, Dkt. 258 at 15., and he has performed well while incarcerated, though he had one minor disciplinary incident in 2017, *Ex. A*, Dkt. 316-1 at 2. He has participated in multiple educational programming courses and works as a dog trainer. *Id.* at 1-2.

## LEGAL STANDARD

Minas seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). To grant compassionate release, a district court must, as a threshold matter, determine whether a defendant has exhausted his or her administrative remedies. *Id*. If the

exhaustion requirement is met, the court must consider the 18 U.S.C. § 3553(a) factors. *Id.* Then the Court may grant compassionate release only if the defendant shows that "extraordinary and compelling reasons warrant such a reduction." and the reduction is "consistent with applicable policy statements" issued by the U.S. Sentencing Commission. *Id.*; *United States v. Rodriguez*, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019). The defendant bears the burden of establishing that extraordinary and compelling reasons exist to justify compassionate release. *See United States v. Greenhut,* 2020 WL 509385, at *1 (C.D. Cal. Jan. 31, 2020) (citing *United States v. Sprague*, 135 F.3d 1301, 1306-07 (9th Cir. 1998)).

## ANALYSIS

Minas requested compassionate release from the Warden on July 15, 2020. Minas did not indicate whether the Warden responded to his request, but it appears he has exhausted his administrative remedies and his motion is ripe for consideration.

The § 3553(a) factors do not warrant a reduction of Minas' sentence. Minas prescribed large amounts of highly addictive painkillers without a legitimate medical purpose, and in doing so, exposed many individuals to "the horrors of that addiction." *Sentencing Tr.*, Dkt. 320-1 at 49:3. The Court noted at sentencing that "an appropriate sentence must not only punish, but be a clear deterrence to other

**MEMORANDUM DECISION AND ORDER - 3**

medical practitioners." *Id.* at 48:7-9. After considering all the relevant issues and factors, the Court determined that a below-guidelines sentence of 96 months was appropriate. *Id.* at 48:15-49:5. The Court has considered post-incarceration developments and finds that the § 3553(a) factors support the Court's original sentence, and that a reduction in sentence is not warranted.

Even if Minas' age and health conditions constitute extraordinary and compelling circumstances, they do not outweigh the § 3553(a) factors. Accordingly, the Court will deny Minas' motion.

## ORDER

**IT IS ORDERED** that Michael Minas' Emergency Motion for Compassionate Release (Dkt. 316) is **DENIED**.

DATED: February 19, 2021

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 4**